Andrew V. Stearns, SBN 164849
Robert B. Robards, SBN 166855
Gaurav D. Sharma, SBN 269123
**BUSTAMANTE & GAGLIASSO, APC**
River Park Tower
333 W. San Carlos St., Suite 600
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com

Attorneys for defendant:
NORMANDIN'S dba NORMANDIN CHRYSLER JEEP DODGE RAM

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*
DATED: 7/23/2015

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

* * *

| | |
|---|---|
| ALAN BRINKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORMANDIN'S, a California corporation, d/b/a NORMANDIN CHRYSLER JEPP DODGE RAM,<br><br>Defendant. | Case No. C14-03007 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CROSS-CLAIM AGAINST ONECOMMAND, INC. [FRCP 41(a)]**<br><br>Complaint Filed: July 1, 2014<br><br>Hon. Edward J. Davila<br>Courtroom 4, 5th Floor |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Defendant and Cross-Complainant NORMANDIN'S hereby voluntarily dismisses its Cross-Claim as to OneCommand, Inc. (Doc. 41), filed March 31, 2015, pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

1 | Respectfully submitted,

DATED:        July 21, 2015                    **BUSTAMANTE & GAGLIASSO, APC**


By:        /s/ Andrew V. Stearns
ANDREW V. STEARNS, on behalf of defendant NORMANDIN'S dba NORMANDIN CHRYSLER JEEP DODGE RAM


IT IS SO ORDERED

The Motion to Dismiss (Docket Item No. 56) is TERMINATED. The October 8, 2015 is vacated.


DATED: 7/23/2015

_____
Edward J. Davila
United States District Judge