Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO
& KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ALAN BRINKER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NORMANDIN'S, a California corporation, d/b/a NORMANDIN CHRYSLER JEEP DODGE RAM, and ONECOMMAND, INC.,

Defendants.

NO. 5:14-cv-03007-EJD-HRL

AMENDED
**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DEADLINES IN THE CASE MANAGEMENT ORDER [ECF DOCKET NO. 49] PURSUANT TO LOCAL RULE 6-2**

JURY TRIAL DEMAND

HON. EDWARD J. DAVILA

Complaint Filed: July 1, 2014

DATE:
TIME:
LOCATION: Courtroom 4 – 5th Floor

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN THE PARTIES AND THEIR COUNSEL OF RECORD AS FOLLOWS:

WHEREAS, on December 12, 2014, this Court issued a Case Management Order (Dkt. No. 25). Plaintiff subsequently, on January 29, 2015, sought leave to file an Amended Class Action Complaint for Damages and Declaratory Relief, adding new defendant, OneCommand, Inc. (Dkt. No. 30). On February 12, 2015, Normandin filed a Notice of Non-Opposition and further sought leave to file a cross claim against OneCommand (Dkt. No. 32). This Court granted both requests for relief on March 9, 2015 (Dkt. No. 35).

WHEREAS, on May 26, 2015, this Court issued a Case Management Order (Dkt. No. 49) extending the case deadlines. The parties continued to engage in discovery thereafter, but there have been delays in the Defendants' production of information in response to discovery, the Defendants' have requested a protective order, and the parties' submitted their request for resolution of their discovery disputes on August 20, 2015 (Dkt Nos. 60-62). The parties have continued to pursue discovery, but these discovery issues have not yet been resolved, and all parties anticipate more time will be needed to complete significant discovery, including depositions of witnesses in California, and perhaps in Ohio.

NOW THEREFORE, the parties hereby stipulate that the deadlines in the Case Management Order be extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| File Class Certification Motion | 11/20/2015 | 3/4/2016 |
| Response to Class Certification | 1/19/2016 | 4/8/2016 |
| Reply to Class Certification | 2/18/2016 | 4/22/2016 |
| Hearing on Class Certification Motion | 3/17/2016, 9:00 a.m. | 5/20/2016, at a time set by the Court |
| Plaintiff's Designation of Opening Experts with Reports | 11/20/2015 | 3/4/2016 |
| Defendants' Designation of Opening Experts with Reports | 1/19/2016 | 4/8/2016 |

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Designation of Rebuttal Experts with Reports | 2/18/2016 | 5/12/2016 |
| Expert Discovery Cutoff | 3/3/2016 | 6/11/2016 |
| Deadline discovery motions expert discovery | 3/10/2016 | 6/16/2016 |
| Fact Discovery Cutoff | 3/17/2016 | 7/12016 |
| Deadline discovery motions regarding fact discovery | 3/24/2016 | 7/15/2016 |
| Deadline file dispositive motions; Last day to file; contact courtroom deputy for actual hearing date | 5/5/2016 | 8/5/2016 |
| File Joint Preliminary Conference Statement | 3/17/2016 | 9/15/2016 |
| Preliminary Pretrial Conference | 3/24/2016, 11:00 a.m. | 9/22/2016, at a time set by the Court |

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED AND DATED this 12th day of November, 2015.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Mary B. Reiten, CSB #203412
Email: mreiten@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
Samuel J. Strauss
Email: sstrauss@terrellmarshall.com
A. Janay Ferguson, *Admitted Pro Hac Vice*
Email: jferguson@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

BUSTAMANTE & GAGLIASSO, APC

By: /s/ Andrew V. Stearns, CSB #164849
Andrew V. Stearns, CSB #164849
Email: astearns@boglawyers.com
Robert B. Robards, CSB #166855
Email: rrobards@boglawyers.com
Gaurav D. Sharma, CSB #269123
Email: gsharma@boglawyers.com
River Park Tower
333 West San Carlos Street, Suite 600
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746

*Attorneys for Defendant Normandin's*

Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Rob Williamson, *Admitted Pro Hac Vice*
Email: roblin@williamslaw.com
Kim Williams, *Admitted Pro Hac Vice*
Email: kwilliams@williamslaw.com
WILLIAMSON & WILLIAMS
2239 West Viewmont Way, West
Seattle, Washington 98199
Telephone: (206) 295-3085

*Attorneys for Plaintiff and the Proposed Class*

KMK LAW


By: /s/ Steven C. Coffaro, *Admitted Pro
      Hac Vice*
Steven C. Coffaro, *Admitted Pro Hac Vice*
Email: scoffaro@kmklaw.com
One East Fourth Street, Suite 1400,
Cincinnati Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

Sean P. Flynn, SBN #220184
Email: sflynn@gordonrees.com
GORDON & REES, LLP
2211 Michelson Drive, Suite 400
Irvine, California 92612
Telephone: (949) 255-6950
Facsimile: (949) 255-2060

*Attorneys for Cross Defendant OneCommand, Inc.*

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES IN THE CASE MANAGEMENT ORDER [ECF DOCKET NO. 49] PURSUANT TO LOCAL RULE 6-2 - 4
CASE NO. 5:14-CV-03007-EJD-HRL

## II.  LOCAL RULE 5-1(I)(3) STATEMENT

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this stipulation as required under the local rules.

DATED this 12th day of November, 2015.

                TERRELL MARSHALL LAW GROUP PLLC

                By:  /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
                     Adrienne D. McEntee, *Admitted Pro Hac Vice*
                     Email:  amcentee@terrellmarshall.com
                     936 North 34th Street, Suite 300
                     Seattle, Washington  98103-8869
                     Telephone:  (206) 816-6603
                     Facsimile:  (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

**III. [~~PROPOSED~~] ORDER**

Good cause appearing hereto, the Court issues the following Order: The deadlines in the Case Management Order shall be extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| File Class Certification Motion | 11/20/2015 | 3/4/2016 |
| Response to Class Certification | 1/19/2016 | 4/8/2016 |
| Reply to Class Certification | 2/18/2016 | 4/22/2016 |
| Hearing on Class Certification Motion | 3/17/2016, 9:00 a.m. | 5/19/2016 at 9:00 AM |
| Plaintiff's Designation of Opening Experts with Reports | 11/20/2015 | 3/4/2016 |
| Defendants' Designation of Opening Experts with Reports | 1/19/2016 | 4/8/2016 |
| Designation of Rebuttal Experts with Reports | 2/18/2016 | 5/12/2016 |
| Expert Discovery Cutoff | 3/3/2016 | 6/11/2016 |
| Deadline discovery motions expert discovery | 3/10/2016 | 6/16/2016 |
| Fact Discovery Cutoff | 3/17/2016 | 7/12016 |
| Deadline discovery motions regarding fact discovery | 3/24/2016 | 7/15/2016 |
| Deadline file dispositive motions; Last day to file; contact courtroom deputy for actual hearing date | 5/5/2016 | 8/5/2016 |
| File Joint Preliminary Conference Statement | 3/17/2016 | 9/15/2016 |
| Preliminary Pretrial Conference | 3/24/2016, 11:00 a.m. | 9/22/2016 at 11:00 am |

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES IN THE CASE MANAGEMENT ORDER [ECF DOCKET NO. 49] PURSUANT TO LOCAL RULE 6-2 - 6
CASE NO. 5:14-CV-03007-EJD-HRL

IT IS SO ORDERED.

Plaintiff's Motion to Certify Class (Docket No. 50) is terminated without prejudice to being re-filed as outlined in the proposed schedule.

Dated: 11/13/2015

UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES IN THE CASE MANAGEMENT ORDER [ECF DOCKET NO. 49] PURSUANT TO LOCAL RULE 6-2 - 7
CASE NO. 5:14-CV-03007-EJD-HRL

CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on November 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew V. Stearns, SBN #164849
Email: astearns@boglawyers.com
Robert B. Robards, SBN #166855
Email: rrobards@boglawyers.com
Gaurav D. Sharma, SBN #269123
Email: gsharma@boglawyers.com
BUSTAMANTE & GAGLIASSO, APC
River Park Tower
333 W. San Carlos St., Suite 600
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746

*Attorneys for Defendant Normandin's*

Sean P. Flynn, SBN #220184
Email: sflynn@gordonrees.com
GORDON & REES, LLP
2211 Michelson Drive, Suite 400
Irvine, California 92612
Telephone: (949) 255-6950
Facsimile: (949) 255-2060

Steven C. Coffaro, *Admitted Pro Hac Vice*
Email: scoffaro@kmklaw.com
KMK LAW
One East Fourth Street, Suite 1400,
Cincinnati Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

*Attorneys for Cross Defendant OneCommand, Inc.*

DATED this 12th day of November, 2015.

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES IN THE CASE MANAGEMENT ORDER [ECF DOCKET NO. 49] PURSUANT TO LOCAL RULE 6-2 - 8
CASE NO. 5:14-CV-03007-EJD-HRL

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*