FILED

UNITED STATES COURT OF APPEALS

MAY 22 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALAN BRINKER; et al., | No. 17-15452 |
| Plaintiffs-Appellants, | D.C. No. 5:14-cv-03007-EJD<br>Northern District of California,<br>San Jose |
| v. | |
| NORMANDIN'S, DBA Normandin Chrysler Jeep Dodge Ram, a California corporation and ONECOMMAND, INC., | ORDER |
| Defendants-Appellees. | |

Appellants' motion to dismiss this appeal (Docket Entry No. 9) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

sl/mediation